UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDON CORCHON,<br><br>        Petitioner,<br><br>v.<br><br>GEORGE JAIME, Warden,<br><br>        Respondent. | Case No.: 19cv1015-LAB (LL)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner is a state prisoner proceeding pro se with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) Petitioner has filed a request to proceed in forma pauperis which indicates that he has no funds on account at the California correctional institution in which he is presently confined. (ECF No. 3.) Because Petitioner cannot afford the $5.00 filing fee, the Court **GRANTS** his application to proceed in forma pauperis and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security.

**IT IS SO ORDERED.**

Dated: July 8, 2019

                *Larry A. Burns*
                Hon. Larry Alan Burns
                Chief United States District Judge